UNITED STATES DISTRICT COURT.
NORTHERN DISTRICT OF FLORIDA.
Jacksonville DIVISION

John Clark
  plaintiff

Case No. 3:23-cv-70-TJC-LLL

Sergeant Watson ET.AL.
  defendants

## 42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT BY A PERSON IN STATE CUSTODY. WITH JURY DEMAND

### Introduction

This is A Civil Rights action filed by John Clark, A State prisoner, for damages and relief under 42 USC § 1983 alleging cruel and unusual punishment; excessive use of force, Deliberate Indifference to medical passes and serious Medical needs, In violation of the Eighth Amendment to The United States Constitution, Plaintiff Also alleges that tort Claims of Assault and battery.

### Jurisdiction

1. The court has jurisdiction over the plaintiff claims of Violation of federal Constitutional rights under 42 USC § 1331(1) and 1343

2. The court has jurisdiction over the Plaintiff State Law tort Claims under 28 USC § 1367.

1.

## Parties Involved

3. The Plaintiff, John Clark, was incarcerated at Madison Correctional Institution (Madison) during the events described in this complaint.

4. Defendant Sergeant Watson, was a Sergeant, employed at Madison Correctional Institution. She is sued in her individual compacities.

5. Defendant Sergeant Lesline, was a Sergeant, employed at Madison Correctional Institution. He is sued in his individual compacities.

6. Defendant Nurse Jane Doe, was a nurse employed at Madison Correction Institution. She is sued in her individual compacities.

7. Defendant Doctor Jane Doe, was a doctor employed at Madison Correction Institution. She is sued in her individual compacities.

2.

## Facts.

8. On January 17th at Madison CI while asigned to food service approximately around 11:30pm Sergeant Watson ask me to locate an empty water and Soda bottle.

9. An inmate had taken Sergeant Jane Doe's personal item's at that time while dinner was still being served, and Sergeant Jane Doe had to pat down the last dormatory that was inside the chow hall.

10. When Sergeant Watson asked me to check the trash for Sergeant Jane Doe, two personal items, which was the water and soda bottle, I advise Mrs Watson that I saw them two personal items inside of my black water bucket and I had deposed of them because trash was being taken out back.

11. Sergeant Watson asked me would I please go to see if I could locate the two deposed items.

12. Upon going to the swill area the trash had been taken out

13. I returned back inside of food service kitchen area on my way to the dining hall to inform Mrs Watson that trash was already taken out.

14. Their is a door before you enter the dining hall with a coat rack behind it which my Jacket was hanging on.

15. Upon talking to miss watson about those two items that I couldn't locate, she was serching my Jackets

3.

16. I explained to Sergeant Watson that I had my kosher dinner bag and a bottle of soap inside of my jacket, that we were told to get our caustic's and our kosher bags because we were not able to go to the dinning hall until they finish patting down the last dorm and clear the dinning hall.

17. Sergeant Watson tells me to follow her as she takes my jacket with her.

18. Sergeant Watson tells me to stop as we were walking towards the ~~the~~ foodservice officer, then she calls for Officer C-lee and gets no answer.

19. While Sergeant Watson is facing the office inside food service, and I'm facing the oppisite direction towards the sink where officer C-lee is actually standing.

20. Sergeant Watson say's to me let's go see Ms. C-lee and we both take a step toward one another and acidently bump shoulders.

21. Sergeant Watson gets very Irate with me, throws my jacket to the floor and states " your assulting me"?

22. I apologized and say to Sergeant Watson that I did not mean to bump into you, that I thought that you saw officer C-lee standing right behind you at the sinks."

4

23. At this point, Sgt. Watson repeats, "Are you assaulting me"! Turn around and cuff up!

24. I stated to Sgt. Watson, that I did not mean to bump into you, so why are you taking me to confinement?

25. Sgt. Watson ignor's my question and in a very malicious statement tells me to turn around and cuff the fuck up before I punch you in the mouth.

26. I ask Sgt. Watson, why do you want to punch me in the mouth, all I asked you, was to look in my jacket pocket, that I have a front cuff pass, because my shoulder dislocates.

27. Sgt. Watson then says, your shoulder does'nt dislocate, or you would'nt be working in the kitchen. Now turn the fuck around before I dislocate it myself.

28. Then I said to Sgt. Watson, that I'm not putting my hands behind my back, that I have a front cuff pass inside my jacket pocket.

29. Sgt Watson, then yanks me all around by my left arm, maliciously and sadistically to only cause harm and pain, with such force, that my left shoulder pops out of place and sends untoleyable pain thoughout my entire body, that I burst out into tears.

30. Sgt. Watson, then places restraints on me, cutting my circulation to my hands to the point that they turned purple and blue, intentionally locking the cuffs around my wrist as tight as she could, causing pain and suffering along with the dislocated left shoulder, as she walk me out of food service.

5

31. Upon exiting food service, SgT Lesline, officer in charge, comes up, I state to SgT. Lesline that I have a front cuff pass, that my left shoulder is out of place, and the restraints are breaking my wrist, as I showed him that they are swelling and turning purple.

32. SgT. Lesline states to me miliciousally as I'm suffering through pain and agony with tears uncontrollably running down my face. "That does'nt matter at a time like this" laughs, then says take this cry baby out my face, learn how to be a Man, "pussy."

33. SgT Green, then immediatelly steps in and ask sgT. Watson to let me go three times before she violently shoves me towards SgT. Green so that he could loosen the restraints.

34. SgT. Green, then escorts me, through medical to confinement where I was placed into my own cell.

35. At that time I noticed that I, could'nt lift my left arm so that SgT Green could take off the restraints through the flap in my cell. He had to go through the lower bars to take them off, and then he notified the confinement SgT Jon Doe, that my left shoulder was out of place (Dislocated) due to SgT. Watson excessive use of violent unneccesary force.

36. SgT John Doe, shows up and tells me that the nurse is in confinement now passing meds out, that he will go and get her.

37. SgT. John Doe comes back with a sick call and hands full of Ibuprofine and says, the nurse said to fill out a sick call, that your shoulder being out of place is not an medical emergency, that she's busy.

6

38. I filled out the sick call, and for five days I sat in confinement in excruciating pain and suffering until I was able to gain the strength to get out of my bunk long enough to reset my left shoulder myself, and then I took a lot of Ibuprofen.

39. I eventually ended up filling out a formal grievance on medical staff for not attending to my medical emergency on 1-17-19 which gotten approved and forewarded to the inspector General's office. See Grievance's log# 20-6-06967 for log# 2001-307-058 Also log# 1911-307-025  Grievance log# 1909-307-082

40. On 2-1-2019 I was seen for a sick call by Nurse Jane Doe for a shoulder injury due to the physical altercation by Sgt. Watson. See Grievance log# 1909-307-082 - 1909-307-040

41. On 2-4-2019 I was seen by a physician who only prescribe pain medication for the excruciating pain and continuous suffering from my left shoulder, with permanant torn and stretched ligaments, causing it to continuously pop out of place with any pressure or wrong move due to Sgt. Watson's maliciouse unnecessary assault. See Grievance log# 1909-307-040

42. Plaintiff never received any disciplinary actions concerning the incedents mentioned herein proving he did not violate any rules regulation - Laws to cause the injustices and permanant disabilities served on him by the defendants. Also see Grievance log# 251-2211-0142-2211-251-009- 2211-251-009 - 20-6-06967

7

43. Plaintiff will be unable to give full names to both defendants Jane Doe's Nurse and Doctor until after full discovery and investigation of Records and facts.

44. Plaintiff request that after discovery he will be able to amend his complaint to give full names of all defendants.

### Exhaustion of Administrative Remedies

45. The Plaintiff has exhausted all his administrative remedies in respect to all claims and has requested the retention of all relevent Audio/video recording Evidence. See Attached Grievance Log#'s 1911-307-085 - 1909-307-082 - 2001-307-058 1909-307-082 - 1909-307-040 Also, Informal Grievance - No log# Dated 1-17-2019

### Claims for Relief

46. The actions of SGT Watson by miliciously and sadistically yanking defendants' left arm until it poped out of socket and placeing the hand restraints on so tight, it caused defendant's hands to turn purple and blue and to swell up, Constituted excessive use of force in violation of the United States Eighth Amendment.

47. The actions by SGT. Watson by Maliciously and sadistically yanking defendants left arm and forcing them behind his back so forcefully that is cause permanant joint damage and torn ligaments and placeing the hand restraints on so tight it cause defendants hands to turn purple and blue and swell up, cutting into the skin Constituted Assault and battery under the Florida tort Claim act.

8.

48. The actions of SGT. Watson by maliciously and sadistically yanking defendants left arm and forcing them behind his back so forcefully, that it cause permanent joint damage and tor ligaments and placeing the hand restraints on so tight it caused defendants hands to turn purple and blue and swell up, cutting into the skin constituted cruel and unusual punishment in violation of The United States Eighth Amendment Constitution.

49. The actions by Nurse of dislocated shoulder Jane Doe, and Doctor Jane Doe by denying proper medical care of Dislocated Shoulder by refuseing to treat defendant for serious medical needs of Dislocated shoulder, constituted Deliberate Indifference to serious medical needs in Violation of The Eighth Amendment to The United States Constitution.

50. The Actions of SGT. Watson in not following medical front cuff oders by a doctor pass constituted Deliberate Indifference to medical passes in violation of the Eighth Amendment to The United States Constitution.

51. The Action of SGT. Legline in witnessing the dislocated shoulder and too tight of applied Hand restraints that was causeing the plaintiffs hands to swell and turn purple and blue without tring to help the plaintiff with his noticable serious medical needs constituted Deliberate Indifference to serious medical needs in violation in The Eighth Amendment to The United States Constitution.

9.

## Relief Requested

WHEREFORE, plaintiff respectfully request that this Honorable court grant the following relief:

A. The Honorable judge make the following declatory Judgements:
1. The actions of All defendants violated the Eighth Amendment of The United States Constitution
2. The action of Defendant SGT. Watson By Assaulting an un-agressive Plaintiff without need as provocation Constituted Assault and Battery under Florida Law.

B. Issue Compensatoty damages in the following amounts:
1. $200,000 Jointly or severly against all defendants for the pain and suffering and mental anguish and permanant disability

C. Issue punative damages in the following amount:
1. $50,000 Jointly or Severly against Defendant Watson
2. $20,000 Jointly or Severly against Defendant Dr an Nuse Jane Doe
3. $10,000 against Defendant Lesline

D. Trial By Jury

E. Availability to Amend complaint after Both Nurse and Doctor Jane Doe names have been discovered Through discovery investigation.

10.

F. Oder that the defendants are pessonally responsible for All Court cost and relevant Attorney fees.

Date: 1-17-2023

Respectfull Submitted,

/s/ John Clark
John Clark #K54757
Pro Se Litigant
Columbia Correctional Institution Annex
216 SE Corrections Way
Lake City, FLA 32025

## OATH

I declare under penalty of purgery that the above statement of facts are true and correct

/s/ John Clark
John Clark #K54757

11.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I placed this document in the hands of the prison officials at Columbia C.I. Annex 216 S.E. Corrections Way Lake City Fla. 32025 _____ . For mailing via U.S. Mail To: Clerk's Office United States District Court US Court House 300 North Hogan Street, Suite 9-150 Jacksonville, Florida 32202-4271 on this 17th day of January, 2023

LEGAL MAIL PROVIDED TO COLUMBIA CORRECTIONAL INSTITUTION ON 1/17/23 (DATE) FOR MAILING
STAFF INITIAL Jc   I/M INITIAL

/s/ John Clark K54757
John Clark K54757
Pro. Se. Litigant

Documents served as follows:
Amended Civil Complaint packet.
w/Attachments. 2d Copies.